Fred E. Jahp, Defendant in Error, v. The Elite Livery and Snyder Teaming & Transfer Company, Plaintiffs in Error.

Gen. No. 20,441.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed April 13, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Action by Fred E. Jahp in the Municipal Court of Chicago against The Elite Livery, a corporation, and Snyder Teaming & Transfer Company, a corporation, herein called Snyder Co., to recover the amount due on a promissory note, given by The Elite Livery to secure the claim of one of its creditors and signed by the Snyder Co. by its manager, as guarantor, who signed for The Elite Livery as its president. From a judgment for plaintiff for $309.99, defendant brings error.

RAYMOND C. LYON, for plaintiffs in error.

LEVISOHN & LEVISOHN, for defendant in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

## Abstract of the Decision.

1. BILLS AND NOTES, § 335*—*when maker and guarantor jointly liable.* The liability of the maker of a note and the guarantor thereof is not several, and both are properly joined as defendants in an action thereon.

2. CORPORATIONS, § 255*—*when resolution of directors unnecessary to guaranty of note.* Where a corporation transferred all of its property to another corporation, the stock of both corporations being virtually owned by the same person, and a petition in bankruptcy was filed against the former, whereupon a compromise was effected by which in consideration of the latter being permitted to retain the assets so transferred it would guaranty the notes of the former corporation given to its creditors, in pursuance of which the manager of the grantee corporation guarantied such notes; it cannot be contended that such guaranty was invalid because of the want of a resolution of the board of directors of such grantee authorizing its manager to indorse and guaranty the notes.

3. CORPORATIONS, § 440*—*when guaranty of note not ultra vires.* A corporation guarantying the notes of another corporation in

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

consideration of the compromise of bankruptcy proceedings, and the retention of property by the former claimed to have been transferred to it by the latter in violation of the Bankruptcy Act, cannot invoke the doctrine of *ultra vires* as a defense in an action on the notes.

4. COSTS, § 67*—*when damages assessed on writ of error for delay*. Where the contentions made the basis for a writ of error are without merit and of such a character that a reversal of the judgment could not reasonably have been hoped for, damages may properly be assessed.